JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANGELA TOLEDO MARIN ET. AL,<br><br>Plaintiff,<br><br>v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY ET. AL,<br><br>Defendants. | Case № 2:21-CV-02553-ODW (KSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 2, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**